IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00111-RPM

**CRAIG FINK**,

       Plaintiff,

  v.

**GENERAL INSURANCE COMPANY OF AMERICA**,

       Defendant,

_____

**ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (Doc #23). The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERS that the above-captioned action and the Complaint filed therein are DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs in this action.

DATED: October 1st, 2009.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch
                                  Senior District Judge